IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHIRLEY ANN HUTCHINSON, )
)
    Plaintiff, )
)
vs )  CIVIL ACTION NO. 97-N-1800-S
)
)
SERGEANT FARR, DEPUTY DATES, )
DEPUTY EDGE, DEPUTY OVERTON, )
and DEPUTY BOVA, )
)
    Defendants. )

## MEMORANDUM OF OPINION

    The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be denied and this action allowed to proceed. An appropriate order will be entered.

    DONE, this 15th day of April, 1998.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE