FILED

**United States District Court**
**Northern District of Alabama**

99 JUN 15 AM 9:52

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **Shirley Ann Hutchinson,** ]<br>]<br>Plaintiff(s), ]<br>]<br>vs. ]<br>]<br>**Sergeant Farr, et cl.,** ]<br>]<br>Defendants(s). ] | CIVIL ACTION NO. 97-N-1800-**S** |

ENTERED
JUN 15 1999

## Memorandum of Opinion

In accord with the court's order of reference, the magistrate judge conducted an evidentiary hearing on the plaintiff's claims of excessive use of force and inadequate medical care. Following the evidentiary hearing, the magistrate filed a report and recommendation, with findings of facts, recommending that the court find against the plaintiff and in favor of the defendants on both claims.

The court has considered the entire file in this action, the said report and recommendation, and the objections of the plaintiff, and listened to the audio recording of the hearing conducted by the magistrate judge. Upon consideration of all of these, the court has reached an independent conclusion that the report and recommendation of the magistrate judge should be approved and adopted as the findings and conclusions of the court.

Accordingly, the court hereby adopts and approves the findings and conclusions of the magistrate judge as its own. A separate order in conformity with that report and recommendation and with this opinion will be entered.

68

Done, this \_\_\_11th\_\_\_ of June, 1999.

_____
EDWIN NELSON
UNITED STATES DISTRICT JUDGE